UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIRANDA YEE,

    Plaintiff,

    v.

THE AIG LIFE COMPANIES, et al.,

    Defendants.

_____/

No. C 03-5873 PJH

**ORDER DIRECTING REMOVAL OF PUBLICLY-FILED DOCUMENT**

It is Ordered that the Declaration of George Ashmore in Support of Defendants' Motion for Summary Judgment (docket No. 21), filed March 25, 2005, in the above-entitled action, be removed from the public file.

No later than May 20, 2005, defendants shall re-file the Declaration, after having first redacted plaintiff's social security number wherever it appears in Exhibit A to the Declaration. See Civ. L.R. 3-17 (personal data identifiers, such as social security numbers, not be included in publicly-filed pleadings and other papers).

**IT IS SO ORDERED.**

Dated: May 13, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge