**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MIRANDA YEE, | No. C-03-5873 PJH (JCS) |
|---|---|
| Plaintiff(s), | |
| v. | **ORDER VACATING SETTLEMENT CONFERENCE** |
| THE AIG LIFE COMPANIES (U.S.), ET AL., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

As the parties to this matter have advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for July 28, 2005, at 9:30 a.m., is VACATED.

IT IS SO ORDERED.

Dated: July 26, 2005

_/s/ Joseph C. Spero_____
JOSEPH C. SPERO
United States Magistrate Judge