1  ADRIENNE C. PUBLICOVER (SBN 161432)
   REBECCA LABAT CROSBY (SBN 221241)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  650 California Street, 14th Floor
   San Francisco, California 94108-2718
4  Telephone:   (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  AMERICAN INTERNATIONAL GROUP, INC. and
   THE AIG LIFE COMPANIES (U.S.)
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | MIRANDA YEE,                                      | ) Case No.: C03-5873 PJH (JCS)
   |                                                   | )
12 |         Plaintiff,                                | ) **STIPULATION FOR DISMISSAL WITH**
   |                                                   | ) **PREJUDICE AND [P~~ROPOSED~~] ORDER**
13 |    v.                                             | )
   |                                                   | ) The Honorable Phyllis J. Hamilton
14 | THE AIG LIFE COMPANIES (U.S) as                   | )
   | Administrator and Fiduciary of the                | )
15 | AMERICAN INTERNATIONAL GROUP,                     | )
   | INC., and the AMERICAN INTERNATIONAL              | )
16 | GROUP, INC., TANYA LEE, HAROLD                    | )
   | JONES, KATHY COZA, and DOES 1-50,                 | )
17 |                                                   | )
   |         Defendants.                               | )
18 |_____| )

19
        Plaintiff Miranda Yee ("Plaintiff") and Defendants American International Group, Inc. and
20
   The AIG Companies (U.S.) (collectively "Defendants"), through their respective counsel, hereby
21
   stipulate and agree as follows, pursuant to the Federal Rules of Civil Procedure, Rule 41.:
22
        1.   Defendants American International Group, Inc. and The AIG Companies (U.S.) shall
23
   be dismissed from the action with prejudice; and
24
        2.   Each party shall bear their own attorneys fees and costs that have been incurred in
25
   this lawsuit.
26

27

28
                                                    1
   STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
                                                              Case No. C03-5873 PJH
   169571.1

1  Pursuant to local rules, this document is being electronically filed through the Court's ECF
2  System.  In this regard, counsel for Plaintiff and Defendants hereby attest that (1) the content of this
3  document is acceptable to all persons required to sign the document; (2) counsel for Plaintiff and
4  Defendants have signed this document; and (3) the signed document is available for inspection
5  upon request.

6  **SO STIPULATED AND AGREED:**

8  Dated:   August 30, 2005

9  LAW OFFICES OF CRISOSTOMO G. IBARRA

11  By:  _____/s/ Gener Benitez_____
     GENER D. BENITEZ, ESQ.
     Attorney for Plaintiff

13  Dated:   August 30, 2005

14  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

16  By:  _____/s/ Rebecca Labat Crosby_____
     ADRIENNE C. PUBLICOVER
17   REBECCA LABAT CROSBY
     Attorneys for Defendants
18   AMERICAN INTERNATIONAL GROUP, INC. and
     THE AIG LIFE COMPANIES (U.S.)

# ORDER

Pursuant to the stipulation of the parties, defendants AMERICAN INTERNATIONAL GROUP, INC. and THE AIG LIFE COMPANIES (U.S.) are dismissed from this action with prejudice. The parties shall each bear their own attorneys fees and costs incurred in this lawsuit.

IT IS SO ORDERED.

Dated: 8/31/05

_____
The Honorable Phyllis J. Hamilton
U.S. District Court Judge